Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Custom Alloy Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1742 Square Associates Ltd. 3 Washington Avenue High Bridge, NJ 08829 | | | | | | $234,491.25 |
| 21st Century Machine Tools Inc. 1140 BLOOMFIELD AVE. West Caldwell, NJ 07006 | | | | | | $87,998.38 |
| A&M Industrial Supply P.O. BOX 40001 Newark, NJ 07101-4000 | | | | | | $70,099.57 |
| AlliantGroup LP PO Box 21874 New York, NY 10087-1874 | | | | | | $541,337.81 |
| Barings BDC, Inc. 300 S. Tryon Street Suite 2500 Charlotte, NC 28202 | | Junior lien on accounts receivable, inventory, equipment | | $64,085,727.82 | $0.00 | $64,085,727.82 |
| Bowers Truckig Inc. P.O. BOX 2428 Oroville, CA 95965-2428 | | | | | | $155,165.00 |
| CNC Engineering Inc. 19 BACON ROAD Enfield, CT 06082 | | | | | | $156,666.00 |

Debtor **Custom Alloy Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Constellation Newenergy P.O. BOX 5473 Carol Stream, IL 60197-5473 | | | | | | $126,484.82 |
| Electralloy PO Box 6199 Hermitage, PA 16148-0922 | | | | | | $338,870.26 |
| Ellwood Quality Steels Co. Lock Box P1 Pittsburgh, PA 15253-5906 | | | | | | $413,723.96 |
| Equipment Depot P.O. BOX 8500-7647 Philadelphia, PA 19178-7647 | | | | | | $948,342.37 |
| Infor Global Solutions Headquarters NW 7418 641 Avenue of the Americas New York, NY 10011 | | | | | | $171,361.61 |
| Laboratory Testing Inc. P.O. BOX 738 Souderton, PA 18964-0738 | | | | | | $85,773.87 |
| Myles Transportation P.O. BOX 2114 CINNAMINSON, NJ 08077 | | | | | | $180,589.00 |
| Penn Stainless Products Inc. P.O. BOX 9001 Quakertown, PA 18951-9001 | | | | | | $77,408.10 |
| Prime Metals & Alloys Inc. 101 INNOVATION DRIVE Homer City, PA 15748-7433 | | | | | | $134,926.28 |
| Tioga Pipe Supply Company Inc. 2450 Wheatsheaf Lane Philadelphia, PA 19137 | | | | | | $314,103.66 |

Debtor  **Custom Alloy Corporation**                                                     Case number *(if known)*  _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trepanning Specialties, Inc. 16201 ILLINOIS AVE Paramount, CA 90723 | | | | | | $107,486.00 |
| Trimmer Road Company 412 TRIMMER ROAD Califon, NJ 07830 | | | | | | $310,848.44 |
| U.S. Metals Inc. PO Box 90520 Houston, TX 77290-0052 | | | | | | $83,278.14 |