UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Margaret McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: maggie.mcgee@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | (Jointly Administered) |
| Custom Alloy Corporation, *et al.*,[1] | Case No. 22-18143 (MBK) |
| | The Honorable Michael B. Kaplan, Chief Judge U.S.B.C. |
| Debtor. | |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints effective November 4, 2022, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | | |
|---|---|---|
| **Barings BDC, Inc.** | **A&M Industrial, Inc.** | **Trepanning Specialties, Inc.** |
| 300 S Tryon St., Ste. 2500 | 37 West Cherry St. | 16201 Illinois Ave. |
| Charlotte, NC 28202 | Rahway, NJ 07065 | Paramount, CA 90723 |
| Attn: Tyler Bankhead | Attn: Joshua Goldstein | Attn: Tim LeFevre |
| Phone: (980) 417-5758 | Phone: (732) 850-2932 | Phone: (562) 633-8110 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their tax identification numbers, are: Custom Alloy Corporation (7537); CAC Michigan, LLC (4814);

**Page 2**
**Custom Alloy Corporation, et al.**
**Appointment of Official Committee of Unsecured Creditors**

                          ANDREW R. VARA
                          UNITED STATES TRUSTEE
                          REGIONS 3 & 9

                          */s/ Martha R. Hildebrandt*
                          Martha R. Hildebrandt
                          Assistant United States Trustee

                          Maggie McGee
                          Trial Attorney

Date: November 4, 2022