| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | |
| In Re: | Case No.: _____<br>Adv. Pro. No.: _____<br>Chapter: _____<br>Subchapter V: ❑ Yes ❑ No<br>Hearing Date: _____<br>Judge: _____ |

**ADJOURNMENT REQUEST**

1. I, _____,

   ❑ am the attorney for: _____,

   ❑ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____
   _____

2. Consent to adjournment:

   ❑ I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____          _____
                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

- ☐ Granted      New hearing date: _____      ☐ Peremptory
- ☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory
- ☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2